✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 03-1212 CJC (MLGx)      Date: September 9, 2003

Title: ROBERT G. JOHNSON, JR. v. S. REED MORGAN, et al.

---

DOCKET ENTRY:    ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND DENYING PLAINTIFF'S REQUEST FOR SANCTIONS, ATTORNEY FEES AND COSTS [FILED 8/19/03, DOCKET # 5]

---

PRESENT:    **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Cynthia Salyer      Hope Goldsmith
Deputy Clerk      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Robert G. Johnson      Michael Larin

**PROCEEDINGS: PLAINTIFF'S MOTION TO REMAND; REQUEST FOR SANCTIONS, ATTORNEY FEES AND COSTS**

    Plaintiff Johnson's motion to remand is GRANTED. The Court lacks subject matter jurisdiction over this claim because there is no diversity of citizenship between Plaintiff and Defendant Klobas. Defendant Gregory has not met the heavy burden of showing that Johnson fraudulently named Klobas or that there is no reasonable possibility that Johnson will be able to impose liability on Klobas. Although Klobas may not have directly participated in settlement discussions, he did participate in the suit as Gregory's attorney of record. As Gregory's attorney of record, Klobas signed the Stipulation for Withdrawal of Appeal Bond and Order Releasing Surety and filed the Acknowledgment of Satisfaction of Judgment to close the case. Klobas acted after having been served with Johnson's Notice of Lien for Attorney Fees and Costs. These actions demonstrate that Klobas was, or should have been, in a position to exercise dominion and control over the portion of settlement proceeds covered by Johnson's lien. It is not obvious from the settled rules of the state that Johnson has failed to state a cause of action against Klobas.

    Plaintiff's requests for attorney fees, costs and Rule 11 sanctions are DENIED. Defendant's removal of the action was not objectively unreasonable or frivolous considering Klobas' relatively minor role, nor does the Court find that the action was removed for any improper purpose.

    Plaintiff is hereby directed to submit an order remanding the case to state court for the reasons set forth herein.

cc: All Parties of Record

MINUTES FORM 11
CIVIL-GEN



ENTER ON ICMS Initials of Deputy Clerk CS

SEP 10 2003