___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   SACV03-1212-CJC (AJWx)          Dated: September 8, 2003

Title: ROBERT G. JOHNSON V. S. REED MORGAN, ESQ, ET AL.,

**THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE**

Cynthia Salyer                    Hope Goldsmith
Courtroom Deputy                  Court Reporter

ATTORNEYS FOR PLAINTIFFS:   ATTORNEYS FOR DEFENDANTS:

Robert G. Johnson                 Michael Larin

PROCEEDINGS:   **PLAINTIFF'S MOTION TO REMAND; REQUEST FOR SANCTIONS, ATTORNEYS FEES & COSTS (fld 8/19)**

Case is called. Appearances made. Court and counsel discuss.

These matters are taken under submission.

**IT IS SO ORDERED.**



ENTER ON ICMS
SEP 11 2003

MINUTES FORM 90                   Initials of Deputy Clerk cs
CIVIL - GEN

